OPINION — AG — UNDER THE PROVISIONS OF ARTICLE II, SECTION12, OKLAHOMA CONSTITUTION, THAT A MEMBER OF AN AGRICULTURAL STABILIZATION AND CONSERVATION COUNTY COMMITTEE, SUCH AS IS REFERRED TO IN 7 C.F.R. SEC. 7.1-7.41, MAY NOT HOLD OFFICE AS A MEMBER OF A COUNTY BOARD OF EQUALIZATION OF THIS STATE. (DUAL OFFICE HOLDING) CITE: (CODE OF FEDERAL REGULATIONS 16 U.S.C. § 590(D), 16 U.S.C. § 590(H)) (RICHARD HUFF)